In the Matter of Benjamin Justin Brownlee, Appellant, v Anthony Annucci, Acting Commissioner, New York State Department of Corrections and Community Supervision, et al., Respondents.

Submitted August 31, 2015; decided October 22, 2015

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.

Stephane Cosman Connery et al., Respondents, v Burton S. Sultan, Appellant.

Submitted August 24, 2015; decided October 22, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Nancy Cruz, Respondent, v Bronx Lebanon Hospital Center, Appellant.

Submitted September 21, 2015; decided October 22, 2015

Motion to dismiss appeal denied.

Judge Abdus-Salaam taking no part.

In the Matter of Jorge L. Linares, Appellant, v Andrea W. Evans, as Chair of the Division of Parole, Respondent.

Submitted September 8, 2014; decided October 22, 2015

Motion to dismiss appeal etc. denied.

Judge Stein taking no part.